Bankruptcy Case No. 13–31594–KRH

Adversary Proceeding Case No. 14–03110–KRH

# CERTIFICATE OF SERVICE

I, __Courtney J. Clay_____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __this 17th day of July_____ (date) by:

- [x] **Mail Service:** Regular, first class United States mail, postage fully pre–paid, addressed to:
  Virginia Credit Union, P.O. Box 90010, Richmond, VA 23225
  President/CEO, Virginia Credit Union, Jane Watkins, P.O. Box 90010, Richmond, VA 23225
  Jane G. Watkins, Registered Agent, P.O. Box 90010, Richmond, VA 23225
  Christopher L. Perkins, Trustee, 951 East Byrd Street, Eighth Floor, Richmond, VA 23219
  Katja Hill, Trustee, 951 East Byrd Street, Eighth Floor, Richmond, VA 23219

- [ ] **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

- [ ] **Residence Service:** By leaving the process with the following adult at:

- [x] **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:
  President/CEO, Virginia Credit Union, Jane Watkins, P.O. Box 90010, Richmond, VA 23225

- [ ] **Publication:** The defendant was served as follows: [Describe briefly]

- [ ] **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____July 17, 2014_____   _____/s/ Courtney J. Clay_____
                Date                                           Signature

Print Name   Courtney J. Clay
4036 Plank Road
Business Address
Fredericksburg, VA 22407
City           State           Zip